## CREWS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.

No. 59, Misc.   Decided October 21, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Florida for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK dissent for the reason that the judgment rests on an adequate state ground.